IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CV-00089-M-BM

BRIER CREEK INTEGRATED PAIN &
SPINE, PLLC,

    Plaintiff,

v.

ROBERT F. KENNEDY, JR.,
*Secretary of Health and Human Services*,

    Defendant.

ORDER

This matter comes before the court on Defendant's motion to seal. DE 41. Defendant seeks to restrict from public access its sur-reply in support of its response to Plaintiff's motion for summary judgment, arguing that the document contains confidential information. *See* DE 40. Pursuant to Local Civil Rule 79.2, the court finds that the records contain confidential information that should be sealed.

Accordingly, the Defendant's Motion to Seal, DE 41, is GRANTED. The Clerk of the Court shall maintain under seal the documents located at DE 40 until further order of the court.

SO ORDERED this 8th day of October, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE